IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHELLE CROISSIER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 05-cv-4164-JPG |
| NCO FINANCIAL SYSTEMS, INC.;  ALLIED INTERSTATE, INC.;  WILLIAM D. FORD DIRECT LOAN SERVICING AGENCY;  THE STUDENT LOAN CORPORATION;  CITIBANK, NA ELT STUDENT LOAN CORP.;  KENTUCKY HIGHER EDUCATION SLC;  USA FUNDS, INC.; US BANK, ELT ACCESS GROUP;  SALLIE MAE, INC.; CHASE USA/SLMA TRUST MS1814;  ACCESS GROUP, INC.;  UNITED STATES DEPARTMENT OF EDUCATION, DEBT COLLECTION SERVICE;  SLM ECFC;  and THE UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Michelle Crossier's motion to dismiss this case with prejudice (Doc. 86), which is presumably pursuant to Federal Rule of Civil Procedure 41(a)(2).  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment or in the absence of a stipulation of dismissal of from all the parties.  Having received a response that The United States Department of Education and the United States of America have no objection to such a dismissal (Doc. 87), the Court **GRANTS in part** the motion (Doc. 86) as to those defendants , **DISMISSES with prejudice** the claims in this case against The United States Department of Education and the United States of America, each party to bear its own costs, and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.  The United States Department of Education and the United States of America are terminated as parties in this case.

**IT IS SO ORDERED.**
**DATED:  March 26, 2007**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**