IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHELLE CROISSIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 05-cv-4164-JPG |
| | ) |
| NCO FINANCIAL SYSTEMS, INC.;  ALLIED INTERSTATE, INC.;  WILLIAM D. FORD DIRECT LOAN SERVICING AGENCY;  THE STUDENT LOAN CORPORATION;  CITIBANK, NA ELT STUDENT LOAN CORP.;  KENTUCKY HIGHER EDUCATION SLC;  USA FUNDS, INC.; US BANK, ELT ACCESS GROUP;  SALLIE MAE, INC.; CHASE USA/SLMA TRUST MS1814;  ACCESS GROUP, INC.;  UNITED STATES DEPARTMENTOF EDUCATION, DEBT COLLECTION SERVICE;  SLM ECFC;  and THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

**Dated:  March 28, 2007**              by:s/Deborah  Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**